NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE SHAKER A. MOUSA

---

2011-1294
(Serial No. 10/667,216)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## O R D E R

Shaker A. Mousa moves without opposition for a 14-day extension of time, until October 21, 2011, to file the reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 1 3 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jack P. Friedman, Esq.
Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 3 2011

JAN HORBALY
CLERK